NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK W. BAUER,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2014-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-0132, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Frederick W. Bauer moves for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, within 21 days of the date of this order, Mr. Bauer shall file his informal brief and either pay the court's docketing fee or

2                                        BAUER v. SHINSEKI


submit a motion and declaration for leave to proceed in forma pauperis.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30